UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PATRICIA CAVALLARO AND MONIQUE HERMAN,** *on behalf of themselves and all other employees similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>**UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, WING MEMORIAL HOSPITAL CORPORATION, JOHN O'BRIEN, PATRICIA WEBB and UMASS MEMORIAL HEALTHCARE 401K,**<br><br>*Defendants.* | **Civil Action No. 09-cv-40152-FDS** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereto, by and through their undersigned counsel, hereby STIPULATE and AGREE that:

1. Defendants John O'Brien and Patricia Webb are hereby dismissed without prejudice.

2. Plaintiffs' Fifth Cause of Action (Estoppel) is hereby dismissed with prejudice.

Dated: September 30, 2010

By their attorneys,

/s/ Patrick J. Solomon
Patrick J. Solomon (admitted *pro hac vice*)
Michael J. Lingle (admitted *pro hac vice*)
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
(585) 272-0540
psolomon@theemploymentattorneys.com
mlingle@theemploymentattorneys.com

        Jody L. Newman (BBO No. 542264)
        Ariatna Villegas-Vazquez (BBO No. 655249)
        DWYER & COLLORA, LLP
        600 Atlantic Avenue
        Boston, MA  02210-2211
        (617) 371-1000
        jnewman@dwyercollora.com
        avillegas-vazquez@dwyercollora.com

        UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, WING MEMORIAL HOSPITAL CORPORATION, JOHN O'BRIEN, PATRICIA WEBB, AND UMASS MEMORIAL HEALTHCARE 401K

        By their attorneys,
        /s/ Lisa A. Schreter
        Lisa A. Schreter
        Angelo Spinola
        LITTLER MENDELSON, P.C.
        3344 Peachtree Road, N.E.
        Suite 1500 Atlanta, GA 30326
        Phone: 404.233.0330
        Fax: 404.233.2361
        lschreter@littler.com
        aspinola@littler.com

        Gregory C. Keating (BBO # 564523)
        LITTLER MENDELSON, P.C.
        One International Place
        Suite 2700
        Boston, MA 02110
        Phone 617.378.6000
        Fax 617.737.0052
        gkeating@littler.com

Dated: July __, 2010

**SO ORDERED:**

_____
Honorable F. Dennis Saylor, IV