IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA CAVALLARO and MONIQUE HERMAN, on behalf of themselves and all other employees similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, WING MEMORIAL HOSPITAL CORPORATION, AND UMASS MEMORIAL HEALTHCARE 401K,<br><br>DEFENDANTS. | Civil Action No. 4:09-cv-40152-FDS<br><br>Civil Action No. 4:09-cv-40181-FDS |

**PARTIES' JOINT STATUS REPORT REGARDING MEDIATION**

Plaintiffs Patricia Cavallaro and Monique Herman, on behalf of themselves and all other employees similarly situated ("Plaintiffs") and Defendants[1] (collectively "the

---

[1] For purposes of this Joint Status Report, "Defendants" collectively refers to the following combined named defendants in Civil Action Numbers 4:09-cv-40152 and 4:09-cv-40181: UMass Memorial Health Care, Inc.; UMass Memorial Hospitals, Inc.; UMass Memorial Medical Center, Inc.; Healthalliance Hospitals, Inc.; Marlborough Hospital; The Clinton Hospital Association; Wing Memorial Hospital Corporation; and UMass Memorial Healthcare 401K. However, UMass Memorial Healthcare 401K is not a defendant in Civil Action Number 4:09-cv-40152. Further, on September 30, 2010, Plaintiffs filed Consent Motions to Amend the Complaint in both actions that no longer include John O'Brien or Patricia Webb as defendants. (*See* Civil Action Number 4:09-cv-40152, Docket Number 44 ("Docket No. __"); Civil Action Number 4:09-cv-40181, Docket No. 45). In addition, Plaintiffs filed Stipulations of Dismissal on September 30, 2010 in both actions dismissing without prejudice prior individual defendants John O'Brien and Patricia Webb. (*See* Civil Action Number 4:09-cv-40152, Docket No. 45; Civil Action Number 4:09-cv-40181, Docket No. 46). On October 6, 2010, electronic docket Orders were entered in both Civil Actions granting the Consent Motions to Amend the Complaint, and Amended Complaints that do not name either John O'Brien or Patricia Webb as Defendants were filed on October 11, 2010. (*See* Civil Number 4:09-cv-40152, Docket No. 48;

Parties"), by their undersigned attorneys, state that they reached an impasse in their September 27, 2010 mediation and despite their discussions since that date, they remain at impasse. Accordingly and as previously ordered by the Court in a docket entry on October 6, 2010, the Parties will file their respective responses to the other sides' Motions for Reconsideration in Civil Action Number 4:09-cv-40181 ("Case No. 40181") (Dkt. Nos. 37 and 39) by October 26, 2010.

On October 11, 2010, Plaintiffs, with the consent of Defendants and the subsequent approval of this Court, filed Amended Complaints in Case Numbers 40152 and 40181. Accordingly, Defendants are no longer required to Answer the original Complaint filed in Case Number 40181. Pursuant to Fed. R. Civ. P. 15(a)(3), the time for Defendants to Answer each Amended Complaint is October 25, 2010. In addition, because the Parties remain at impasse, Plaintiffs will be filing a new amended complaint to which the Defendants will need to file an additional Answer.

The Parties currently have a scheduling conference set in Case Number 40152 for October 19, 2010, at Noon. The Parties also request that the Court address matters relevant to Case Number 40181 in the same conference for the purpose of setting an orderly briefing schedule to help narrow the legal issues in both proceedings. The Parties believe that guidance from the Court on this and other legal issues will narrow the factual and legal issues in these cases.

---

Civil Action Number 4:09-cv-40181, Docket No. 49).

Respectfully submitted,

| | |
|---|---|
| PATRICIA CAVALLARO AND MONIQUE HERMAN | UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, WING MEMORIAL HOSPITAL CORPORATION, AND UMASS MEMORIAL HEALTH CARE 401K, |
| By their attorneys, | By their attorneys, |
| /s/ Patrick J. Solomon | /s/ Gregory C. Keating |
| Patrick J. Solomon, Esq. Michael J. Lingle, Esq. THOMAS & SOLOMON LLP 693 East Avenue Rochester, NY 14607 psolomon@theemploymentattorneys.com mlingle@theemploymentattorneys.com | Lisa A. Schreter Angelo Spinola LITTLER MENDELSON, P.C. 3344 Peachtree Road, N.E. Suite 1500 Atlanta, GA  30326 Phone: 404.233.0330 Fax: 404.233.2361 lschreter@littler.com aspinola@littler.com |
| Jody L. Newman Ariatna Villegas-Vasquez DWYER & COLLORA, LLP 600 Atlantic Avenue Boston, MA 02210-2211 jnewman@dwyercollora.com avillegas-vazquez@dwyercollora.com | Gregory C. Keating (BBO # 564523) LITTLER MENDELSON, P.C. One International Place Suite 2700 Boston, MA  02110 Phone 617.378.6000 Fax 617.737.0052 gkeating@littler.com |

October 14, 2010

## CERTIFICATE OF SERVICE

I, Lisa A. Schreter, hereby certify that on this 14th day of October, 2010, the foregoing Parties' Joint Status Report Regarding Mediation was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to the registered participants as identified on the Notice of electronic filing and also via first class mail to Plaintiffs' counsel of record:

Jody L. Newman
Ariatna Villegas-Vasquez
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
jnewman@dwyercollora.com
avillegas-vazquez@dwyercollora.com

Patrick J. Solomon, Esq.
Michael J. Lingle, Esq.
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
psolomon@theemploymentattorneys.com
mlingle@theemploymentattorneys.com

          /s/ Gregory C. Keating
              Gregory C. Keating

Firmwide:98071365.2 058224.1002