## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA CAVALLARO and MONIQUE HERMAN, on behalf of themselves and all other employees similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, WING MEMORIAL HOSPITAL CORPORATION, AND UMASS MEMORIAL HEALTHCARE 401(K),<br><br>DEFENDANTS. | Civil Action No. 4:09-cv-40152-FDS |

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AGAINST PLAINTIFFS' FLSA CAUSE OF ACTION

PLEASE TAKE NOTICE THAT Defendants[1], by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 12(c), hereby respectfully move this Court for an order granting partial judgment on the pleadings and dismissing *with prejudice* Cause of Action number one asserting a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), in the First Amended Complaint filed by Plaintiffs Patricia Cavallaro and Monique Herman ("Plaintiffs") based on their failure to state a FLSA claim

---

[1] For purposes of this Motion, "Defendants" collectively refers to the following named defendants in the above-styled action: UMass Memorial Health Care, Inc.; UMass Memorial Hospitals, Inc.; UMass Memorial Medical Center, Inc.; HealthAlliance Hospitals, Inc.; Marlborough Hospital; The Clinton Hospital Association; Wing Memorial Hospital Corporation; and UMass Memorial Health Care 401(k).

upon which relief can be granted.[2]  In support of this instant Motion, Defendants rely on their Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings Against Plaintiffs' FLSA Cause of Action, filed contemporaneously herewith, along with all other pleadings and papers on file in this action.

### REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument on their Motion for Judgment on the Pleadings Against Plaintiffs' FLSA Cause of Action.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1, I hereby certify that on November 16, 2010, I conferred with Plaintiffs' counsel in this action, Patrick Solomon, via electronic mail and attempted in good faith to resolve or narrow the issues presented in Defendants' Motion for Judgment on the Pleadings Against Plaintiffs' FLSA Cause of Action.  Counsel could not resolve or narrow the issues.

>                              UMASS MEMORIAL HEALTH CARE, INC., UMASS
>                              MEMORIAL HOSPITALS, INC., UMASS MEMORIAL
>                              MEDICAL CENTER, INC., HEALTHALLIANCE
>                              HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE
>                              CLINTON HOSPITAL ASSOCIATION, WING
>                              MEMORIAL HOSPITAL CORPORATION, AND
>                              UMASS MEMORIAL HEALTH CARE 401K,

---

[2] Plaintiffs filed a First Amended Complaint – Class Action and Demand for Jury Trial ("Amended Complaint") on October 11, 2010 containing the following Causes of Action: First – "FLSA"; Second – "ERISA – Failure to Keep Accurate Records"; Third – "ERISA – Breach of Fiduciary Duty"; and Fourth – "RICO". (*See* Document Number 48 (hereafter "Doc. No. ___")).  Plaintiffs' Causes of Action numbers 1 through 4 in their Amended Complaint were previously asserted in their original Complaint.  The Amended Complaint omitted prior individual named Defendants John O'Brien and Patricia Webb and a Cause of Action for Estoppel that had been asserted in the original Complaint. (*See* original Complaint filed on September 3, 2009, Doc. No. 1)  On October 30, 2009, Defendants filed a Motion to Dismiss the Fourth Cause of Action asserting a claim under the Racketeer Influenced Corrupt Organizations act ("RICO") (Doc. No. 12).  This Court entered a Memorandum and Order on Defendants' Motion to Dismiss and Defendants' Motion to Strike on July 2, 2010, dismissing the RICO Cause of Action. (Doc. No. 40, p. 10)

By their attorneys,

*/s/ Lisa A. Schreter*
Lisa A. Schreter
Angelo Spinola
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 1500 Atlanta, GA 30326
Phone: 404.233.0330
Fax: 404.233.2361
lschreter@littler.com
aspinola@littler.com

Gregory C. Keating (BBO # 564523)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
gkeating@littler.com

Dated: November 17, 2010.

3

## CERTIFICATE OF SERVICE

I, Lisa A. Schreter, hereby certify that on this 17th day of November, 2010, the foregoing Defendants' Motion for Judgment on the Pleadings Against Plaintiffs' FLSA Cause of Action was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to the registered participants as identified on the Notice of electronic filing and also via first class mail to plaintiffs' counsel of record:

Jody L. Newman
Ariatna Villegas-Vasquez
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-2211

Patrick J. Solomon, Esq.
Michael J. Lingle, Esq.
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607

/s/ Lisa A. Schreter
Lisa A. Scheter

Firmwide:98544851.1 058224.1002