IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA CAVALLARO and MONIQUE HERMAN, on behalf of themselves and all other employees similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, WING MEMORIAL HOSPITAL CORPORATION, AND UMASS MEMORIAL HEALTHCARE 401(K),<br><br>DEFENDANTS. | Civil Action No. 4:09-cv-40152-FDS |

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AGAINST PLAINTIFFS' ERISA CAUSES OF ACTION

PLEASE TAKE NOTICE THAT Defendants UMass Memorial Health Care, Inc.; UMass Memorial Hospitals, Inc.; UMass Memorial Medical Center, Inc.; HealthAlliance Hospitals, Inc.; Marlborough Hospital; The Clinton Hospital Association; Wing Memorial Hospital Corporation; and the UMass Memorial Health Care 401(K) Plan (collectively, "Defendants"), by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 12(c), hereby respectfully move this Court for an order dismissing causes of action II and III of the First Amended Complaint-Class Action and Demand for Jury Trial (Dkt. # 48) (the "Amended Complaint") filed by Plaintiffs Patricia Cavallaro and Monique Herman ("Plaintiffs").

In support of their Motion, Defendants rely on their Memorandum of Law in Support of Their Motion For Judgment on the Pleadings Against Plaintiffs' ERISA Causes of Action, filed contemporaneously herewith, along with all other pleadings and papers on file in this action.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument on their Motion for Judgment on the Pleadings Against Plaintiffs' ERISA Causes of Action in Counts II and III.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1, I hereby certify that on November 16, 2010, I conferred with Plaintiffs' counsel in this action, Patrick Solomon, via electronic mail and attempted in good faith to resolve or narrow the issues presented in Defendants' Motion for Judgment on the Pleadings Against Plaintiffs' ERISA Causes of Action. Counsel could not resolve or narrow the issues.

Respectfully submitted,

UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, WING MEMORIAL HOSPITAL CORPORATION AND UMASS MEMORIAL HEALTH CARE 401(k) PLAN

By their attorneys,

*/s/ Lisa A. Schreter*
Lisa A. Schreter
Angelo Spinola
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 1500 Atlanta, GA  30326
Phone: 404.233.0330
Fax: 404.233.2361
lschreter@littler.com
aspinola@littler.com

        Gregory C. Keating (BBO # 564523)
        **LITTLER MENDELSON, P.C.**
        One International Place
        Suite 2700
        Boston, MA  02110
        Phone 617.378.6000
        Fax 617.737.0052
        gkeating@littler.com

Dated:  November 19, 2010

**CERTIFICATE OF SERVICE**

    I, Lisa A. Schreter, hereby certify that on this 19th day of November, 2010, the foregoing Defendants' Motion For Judgment on the Pleadings Against Plaintiffs' ERISA Causes of Action was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to the registered participants as identified on the Notice of electronic filing and also via first class mail to plaintiffs' counsel of record:

    Jody L. Newman
    Ariatna Villegas-Vasquez
    DWYER & COLLORA, LLP
    600 Atlantic Avenue
    Boston, MA 02210-2211

    Patrick J. Solomon, Esq.
    Michael J. Lingle, Esq.
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607

                                                    */s/Lisa A. Schreter*
                                                    Lisa A. Schreter

Firmwide:98672856.1 058224.1002