UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cavallaro, et al.,
      Plaintiff(s),

V.

Umass Memorial Health Care, Inc., et al.,
      Defendant(s),

CIVIL ACTION

NO. 09-40152-FDS

## JUDGMENT

Saylor, D. J.

In accordance with the Court's Memorandum and Order dated   6/8/11   granting   defendants'   motions for judgment on the pleadings in the above-entitled action, it is hereby ORDERED:

Judgment for the   Defendants

By the Court,

6/8/11
Date

/s/ Martin Castles
Deputy Clerk